AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Riley, William J. | Eighth Circuit Court of Appeals | 03/13/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☑ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

Roman Hruska U.S. Courthouse
111 South 18th Plaza, #4303
Omaha, NE 68102-1322

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member & Manager | Riley Quest, L.L.C. |
| 2. | Manager | Riley Munn Farm Partnership |
| 3. | Adjunct Professor | University of Nebraska, College of Law |
| 4. | Treasurer, Nebraska Chapter | American Board of Trial Advocates |
| 5. | Counselor/Judicial Member | Robert M. Spire Inns of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 04/01/75 | Profit Sharing and 401(k) Retirement Plan, Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O., former law firm, no control after termination 8/15/2001 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 03/13/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Spring2016 | University of Nebraska, College of Law | $7,700.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Sandra Day O'Connor School of Law | February 5-7, 2016 | Tempe, AZ | Attend Sandra Day O'Connor Justice Prize Dinner | Airfare, hotel, taxi and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 03/13/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | American Board of Trial Advocates | Reduced Membership | $450.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 03/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First National Bank of Omaha Cash Accounts | A | Interest | J | T | | | | | |
| 2. Mass Mutual Life Insurance - Whole Life Cash Values | | None | L | T | | | | | |
| 3. Riley Quest, L.L.C. | | None | O | W | | | | | |
| 4. Marsico Growth Fund | A | Dividend | J | T | | | | | |
| 5. IRA #1 (H) | | | | | | | | | |
| 6. -Janus Growth & Income | A | Dividend | L | T | | | | | |
| 7. -Growth Fund Amer Inc | A | Dividend | J | T | | | | | |
| 8. -Weitz Value Fund | A | Dividend | | | Sold | 01/15/16 | L | E | |
| 9. IRA - #2 (H) | | | | | | | | | |
| 10. -American Century Income & Growth Fund | A | Dividend | J | T | | | | | |
| 11. -Marsico Growth Fund | A | Dividend | J | T | | | | | |
| 12. -American Century Equity Income | A | Dividend | L | T | | | | | |
| 13. RBC Dain Rauscher 403(b) Account(H) | | | | | | | | | |
| 14. -RBC Bank Deposit Program | A | Interest | | | Sold | 12/22/16 | J | | |
| 15. -Davis New York Venture Fund | B | Dividend | | | Sold | 12/22/16 | J | | |
| 16. -Eagle Ser | A | Dividend | | | Sold | 12/22/16 | J | | |
| 17. -Growth Fund Amer Inc | A | Dividend | | | Sold | 12/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 03/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Thornburg Inv. Inc. | A | Int./Div. | | | Sold | 12/22/16 | J | | |
| 19. Thornburg Invt. Tr | A | Dividend | O | T | | | | | |
| 20. Raymond James 403(b) (H) | | | | | | | | | |
| 21. -RBC Bank Deposit Program | A | Interest | J | T | Buy | 12/22/16 | J | | |
| 22. -Davis New York Venture Fund | B | Dividend | J | T | Buy | 12/22/16 | J | | |
| 23. -Eagle Ser | A | Dividend | J | T | Buy | 12/22/16 | J | | |
| 24. -Growth Fund Amer Inc | A | Dividend | J | T | Buy | 12/22/16 | J | | |
| 25. -Thornburg Inv. Inc. | A | Int./Div. | J | T | Buy | 12/22/16 | J | | |
| 26. First National Bank of Omaha - Profit Sharing & 401(k) FSB&B(H) | | | | | | | | | |
| 27. -Goldman Sachs-U.S. Government Money Market Fund | A | Int./Div. | K | T | Sold (part) | 03/31/16 | J | A | |
| 28. | | | | | Sold (part) | 06/27/16 | J | A | |
| 29. | | | | | Sold (part) | 06/30/16 | J | A | |
| 30. | | | | | Sold (part) | 09/30/16 | J | A | |
| 31. -Berkshire Hathaway, Inc. Class A Common | | None | O | T | | | | | |
| 32. RBC Account X (H) | | | | | | | | | |
| 33. -Prime Money Market X-RBC | A | Interest | | | Sold | 11/11/16 | K | A | |
| 34. -Ashton Funds Montag & Caldwell Growth X | A | Dividend | | | Sold | 11/11/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 03/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Davis New York Venture Fund | A | Dividend | | | Sold (part) | 02/25/16 | J | A | |
| 36. | | | | | Sold (part) | 07/07/16 | J | A | |
| 37. | | | | | Sold | 11/11/16 | J | A | |
| 38. -Thornburg Intl Value Fund | A | Dividend | | | Sold | 11/11/16 | K | A | |
| 39. -Templeton Foreign FD CL A | A | Dividend | | | Sold | 11/11/16 | K | A | |
| 40. -Diamond Hill FD | A | Dividend | | | Sold | 11/11/16 | J | A | |
| 41. -Artisan Int Val FD | A | Dividend | | | Sold | 11/11/16 | K | A | |
| 42. Raymond James Account X (H) | | | | | | | | | |
| 43. -Prime Money Market Account X- | A | Interest | K | T | Buy | 11/11/16 | K | | |
| 44. -Ashton Funds Montag & Caldwell Growth X | A | Dividend | J | T | Buy | 11/11/16 | J | | |
| 45. -Davis New York Venture Fund | A | Dividend | K | T | Buy | 11/11/16 | J | | |
| 46. | | | | | Sold (part) | 12/13/16 | J | A | |
| 47. -Thornburg Intl Value Fund | A | Dividend | K | T | Buy | 11/11/16 | K | | |
| 48. -Templeton Foreign FD CL A | A | Dividend | K | T | Buy | 11/11/16 | K | | |
| 49. -Diamond Hill FD | A | Dividend | J | T | Buy | 11/11/16 | J | | |
| 50. -Artisan Int Val FD | A | Dividend | K | T | Buy | 11/11/16 | K | | |
| 51. | | | | | Sold (part) | 12/13/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 03/13/2018 |

## VII. INVESTMENTS and TRUSTS -- _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. RBC Wealth Mg (H) | | | | | | | | | |
| 53. -RBC Bank Deposit | A | Interest | | | Sold | 11/11/16 | J | A | |
| 54. -Columbia Select Large Cap Growth C | A | Dividend | | | Sold | 11/11/16 | J | A | |
| 55. -Davis New York Venture Fund | A | Dividend | | | Sold (part) | 02/25/16 | J | A | |
| 56. | | | | | Sold | 11/11/16 | J | A | |
| 57. -Diamond Hill Funds Small Cap | A | Dividend | | | Sold | 11/11/16 | J | A | |
| 58. -Eagle Sur MidCap Growth FD | A | Dividend | | | Sold | 11/11/16 | J | A | |
| 59. -Euro Pac Growth FD | A | Dividend | | | Sold (part) | 07/07/16 | K | A | |
| 60. | | | | | Sold | 11/11/16 | K | A | |
| 61. -Nebr Pub Pwr Dist Rev. Gen Elec & Pub Powr | A | Interest | | | Sold | 11/11/16 | K | A | |
| 62. -Lincoln Neb Elec Sys Rev Elec & Pub Pwr | | | | | | | | | |
| 63. Raymond JamesWealth Mg (H) | | | | | | | | | |
| 64. -RBC Bank Deposit | A | Interest | J | T | Buy | 11/11/16 | J | | |
| 65. -Columbia Select Large Cap Growth C | A | Dividend | J | T | Buy | 11/11/16 | J | | |
| 66. -Davis New York Venture Fund | A | Dividend | J | T | Buy | 11/11/16 | J | | |
| 67. -Diamond Hill Funds Small Cap | A | Dividend | J | T | Buy | 11/11/16 | J | | |
| 68. -Eagle Sur MidCap Growth FD | A | Dividend | J | T | Buy | 11/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 03/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Euro Pac Growth FD | A | Dividend | K | T | Buy | 11/11/16 | K | | |
| 70. -Nebr Pub Pwr Dist Rev. Gen Elec & Pub Powr | A | Interest | K | T | Buy | 11/11/16 | K | | |
| 71. -Lincoln Neb Elec Sys Rev Elec & Pub Pwr | A | Interest | K | T | Buy | 11/11/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 03/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All RBC Wealth Management accounts transferred in 2016 to Raymond James for management, because my broker/friend changes companies.

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 03/13/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William J. Riley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544